UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| LEMBERG LAW, LLC,<br>　　　　Plaintiff, <br><br>v.<br><br>EGENERATION MARKETING, INC.,<br>　　　　Defendant. | )<br>)<br>)  Case No.  3:18-cv-570 (CSH)<br>)<br>)<br>)<br>)  NOVEMBER 17, 2020<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE ACTION AS AGAINST DEFENDANT eGENERATION MARKETING, INC.**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff hereby dismisses, with prejudice, the above-captioned action including each and every allegation and claim it asserted therein against Defendant eGeneration Marketing, Inc.

Dated: November 18, 2020

　　　　　　　　　　　　　　　　　　　LEMBERG LAW LLC

　　　　　　　　　　　　　　　　　　　By: /s/ Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　LEMBERG LAW L.L.C.
　　　　　　　　　　　　　　　　　　　43 Danbury Road
　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　(203) 653-2250
　　　　　　　　　　　　　　　　　　　(203) 653-3424
　　　　　　　　　　　　　　　　　　　*slemberg@lemberglaw.com*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 18th day of November 2020, the foregoing was filed with the Clerk of the Court which sent notice of such filing to the following:

David P. Atkins
Pullman & Comley, LLC
850 main St, P.O. Box 7006
Bridgeport, CT  06601-7006
Email: *datkins@pullcom.com*

                                                */s/Sergei Lemberg*
                                                Sergei Lemberg